EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Richard Rodríguez Vázquez | 2009 TSPR 183 <br><br> 177 DPR \_\_\_\_ |

Número del Caso: TS-10112

Fecha: 21 de diciembre de 2009

Abogado de la Parte Peticionaria:

    Por derecho propio

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Richard Rodríguez Vázquez

TS-10112

RESOLUCIÓN

En San Juan, Puerto Rico, a 21 de diciembre de 2009.

Examinada la *Moción Solicitando Reinstalación al Ejercicio de la* Abogacía, y por haber cumplido el término de la suspensión decretada, se reinstala al Lcdo. Richard Rodríguez Vázquez al ejercicio de la abogacía.

Se le apercibe que, en el futuro deberá tramitar las causas conforme a las responsabilidades que le impone la profesión.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo